Case: 2:16cv3607

FILED ✓  LODGED ___
RECEIVED ___ COPY ___
MAY 29 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MAY 24, 2018

Starrnesha Branch # 299790
GOODYEAR-AZ-PERRYVILLE-ASPC-LUMLEY
C22-12
LUMLEY UNIT
P.O. BOX 3300
GOODYEAR, AZ 85338

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV LR 5.4, 7.1(a)(1)
(Rule Number/Section)

Starrnesha Branch
Plaintiff,

v.

Corizon Health Services, et al.
Defendants

Case No. 2:16-CV-03607-DLR (JZB)

Response To Defendant's Motion For Summary Judgement &

Request for court to appoint Plaintiff Council &

Grant additional time for court to review plaintiff's grievance history in full

Plaintiff is currently indigent, undergoing weekly chemotherapy injections, and requests that the courts appoint neccessary council to assist with procedings.

Defendants claim that plaintiff failed to exhaust "all remedies within the Department. Id at §1,2" EXIBIT D. This is not factual. In February 2017 the ACLU conducted annual audits in department and CO N Garner informed plaintiff that the department was penalized for failure to respond to plaintiff's multiple grievances submitted from 2016 up to date of audit.

Plaintiff has all grievance documentations in storage box and requests assistance in preparing neccessary paperwork for court to review. Plaintiff resides on maximum custody unit and does not have access to legal aide. Please appoint council as plaintiff cannot afford any at this time.

Starrnesha Branch
Starrnesha Branch